Cooper Lumber Company, Respondent, v. Michael Masone et al., Copartners Doing Business as Masone Brothers, Appellants.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur. [See *post,* p. 1012.]